IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,

    Plaintiff,
v.

FRANK DIRICO and
NE COLORAO CELLULAR, INC.,

    Defendants.

_____

ORDER DENYING MOTION TO DISMISS
_____

Upon considering the motion to dismiss, filed by defendants on June 9, 2009, the plaintiff's opposition, filed July 1, 2009, and review of the complaint, filed March 19, 2009, it is

ORDERED that the motion to dismiss is denied.

DATED:   July 2nd, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge