IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,

    Plaintiff,

v.

FRANK DIRICO and
NE COLORADO CELLULAR, INC.,

    Defendants.

_____

ORDER GRANTING MOTION FOR FILE FIRST AMENDED COMPLAINT AND MOTION TO EXTEND DISCOVERY DEADLINE
_____

Upon consideration of Plaintiff's Unopposed Motion to File First Amended Complaint [10] and the Stipulated Motion for 60-Day Enlargement of Time to Complete Discovery [11], it is

ORDERED that the motion to file first amended complaint is granted and the First Amended Complaint attached thereto is accepted for filing. It is

FURTHER ORDERED that the motion for extension of time to complete discovery is granted and the discovery deadline is extended to and including May 29, 2010.

DATED: March 18th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge