IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                October 19, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,                                          John R. Olsen

        Plaintiff,
v.

FRANK DIRICO and                                         Brent T. Johnson
NE COLORADO CELLULAR, INC.,

        Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**1:58 p.m.**      **Court in session.**

Court's preliminary remarks.

2:00 p.m.          Mr. Johnson clarifies the claims defendants seek to dismiss.

Argument by Mr. Johnson.

2:09 p.m.          Argument by Mr. Olsen.

**ORDERED:**   **Defendants' Motion for Partial Summary Judgment, filed June 30, 2010 [21], is granted.  Case will proceed on the only remaining claim for retaliation** (Florida events)**.  Defendant Frank Dirico is dismissed.**

**ORDERED:**   **Plaintiff's Motion for Additional Days to Complete Discovery, filed May 31, 2010 [19], is withdrawn on record by counsel.**

Discussion regarding scheduling.

**ORDERED:**   **4 day trial to jury scheduled January 18, 2011.**
               **Proposed pretrial order submitted in paper to chambers by**
               **December 17, 2010.**

**2:19 p.m.**      **Court in recess.**   Hearing concluded.  Total time: 21 min.