IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,

    Plaintiff,

v.

FRANK DIRICO and
NE COLORADO CELLULAR, INC.,

    Defendants.

_____

ORDER ON PARTIAL SUMMARY JUDGMENT
_____

Pursuant to the hearing held today on the defendant's motion for partial summary judgment and based on the failure of the plaintiff to show sufficient evidence to proceed on the claims under Title VII other than the claim for retaliation and because the assault and battery claims are barred by the Colorado Workers Compensation statute, it is

ORDERED that judgment will enter dismissing all of the plaintiffs' claims other than the Title VII claim for retaliation. Defendant Frank Dirico is dismissed as an individual defendant.

DATED: October 19th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge