IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,

    Plaintiff,

v.

FRANK DIRICO and
NE COLORADO CELLULAR, INC.,

    Defendants.

_____

ORDER SETTING TRIAL DATE AND DEADLINE TO SUBMIT PROPOSED PRETRIAL ORDER
_____

Pursuant to the hearing held today, it is

ORDERED that this matter is set for trial to jury on **January 18, 2011, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that counsel shall submit a proposed pretrial order, original only, in paper form, directly to chambers by **4:00 p.m. on December 17, 2010.**

DATED: October 19th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge