UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,

    Plaintiff,

v.

FRANK DIRICO and
NE COLORADO CELLULAR, INC.,

    Defendants.

---

## JUDGMENT
---

    Pursuant to the Order by Judge Richard P. Matsch dated October 19, 2010, it is

    ORDERED that judgment is entered dismissing all of the plaintiff's claims other than the Title VII claim for retaliation and defendant Frank Dirico is dismissed as an individual defendant.

    Dated: October 19, 2010

                                FOR THE COURT:

                                GREGORY C. LANGHAM

                                  s/J. Chris Smith

                          By:_____
                                Deputy Clerk