**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              January 3, 2011
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,                                             John R. Olsen

     Plaintiff,
v.

NE COLORADO CELLULAR, INC.,                                 Brent T. Johnson

     Defendant.
_____

### COURTROOM MINUTES
_____

**Pretrial Conference**

**1:54 a.m.       Court in session.**

Discussion and argument regarding defendant's motion in limine and motion to strike.

Court states plaintiff is permitted to testify on events that started in Florida that form the basis of her complaint.

Court states it will determine economic damages dependant upon jury's verdict.

Mr. Johnson agrees to verify witnesses still employed by defendant and current position.

**ORDERED:     Counsel shall provide affidavits for each disputed witness disclosing anticipated testimony by January 5, 2011.**

           **Limited written discovery (interrogatories) permitted with respect to the evidence identified in exhibits already exchanged. The retaking of depositions will be considered by the filing of a motion showing cause.**

           **Defendant's Motion in Limine, filed December 23, 2010 [37], is resolved by Court's rulings as made on record and issues to be determined during trial.**

           **Defendant's Motion to Strike Witnesses and Damage Claim, filed December 23, 2011 [36], is resolved by Court's rulings as made on record.**

           **The January 18, 2011, 5 day jury trial is vacated and rescheduled for April 11, 2011 at 8:30 a.m.**

           **Pretrial conference set March 18th, 2011 at 2:30 p.m.
Proposed pretrial order submitted in paper directly to chambers by 4:00 p.m. March 4, 2011.**

**2:45 p.m.       Court in recess.**   Hearing concluded. Total time: 51 min.