IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,

     Plaintiff,

v.

FRANK DIRICO and
NE COLORADO CELLULAR, INC.,

     Defendants.

_____

ORDER SETTING TRIAL DATE AND PRETRIAL CONFERENCE DATE
_____

Pursuant to the hearing held today, it is

ORDERED that the January 18, 2011, trial date is vacated and the trial to jury is **rescheduled for April 11, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** It is

FURTHER ORDERED that a pretrial conference is scheduled for **March 18, 2011, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel shall submit a proposed pretrial order, original only, in paper form, directly to chambers by **4:00 p.m. on March 4, 2011.**

DATED: January 3, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge