IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,

     Plaintiff,

v.

FRANK DIRICO and
NE COLORADO CELLULAR, INC.,

     Defendants.

_____

ORDER DENYING MOTION FOR CLARIFICATION AND GRANTING MOTION FOR
EXTENSION OF TIME TO OBTAIN DECLARATION/AFFIDAVIT FROM STEVE SIEGRIST
_____

Upon consideration of Plaintiff's Motion for Clarification, [47], and Plaintiff's

Motion for 2-Day Enlargement of Time to Obtain Declaration/Affidavit from Steve

Siegrist [50], filed on January 5, 2011, it is

ORDERED that the motion for clarification is denied and it is

FURTHER ORDERED that the motion for extension of time is granted and the

deadline for plaintiff to obtain declaration/affidavit from Steve Siegrist is extended to and

including January 7, 2011.

DATED:   January 6th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge