**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              March 18, 2011
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,                                           John R. Olsen

      Plaintiff,

v.

NE COLORADO                                               Brent T. Johnson
CELLULAR, INC.,
      Defendant.

_____

### COURTROOM MINUTES
_____

**Second Pretrial Conference**

**2:25 p.m.     Court in session.**

Discussion regarding defendants' motion in limine.
Mr. Olsen states he is planning on Mr. Siegrist and Mr. Moore being available at trial.

**ORDERED:   Defendant's Motion in Limine to Exclude Testimony by Steve Siegrist and Certain Testimony by Jesse Moore, filed February 23, 2011 [57], is denied in part with respect to Steve Siegrist and granted in part with respect to Jesse Moore as stated on record.**

**Court advises counsel that they may make a record at trial regarding objections to pretrial evidentiary rulings.**

Discussion regarding witnesses and case facts.

Court states it will exclude a portion of the case facts indicated in the claims and defenses portion of the proposed pretrial order.

Court further excludes statements regarding punitive damages from opening statements.

Court advises counsel that it will determine economic loss at a separate hearing in the event of a plaintiff's verdict.

Discussion regarding exhibits.

March 18, 2011
09-cv-00602

**Plaintiff's counsel shall separate Exhibit 10 (e-mails) by March 21, 2011.**

Court states its trial practices and procedures and that it will prepare a statement of the case.

Discussion regarding compensable damages, sequestration of witnesses, verdict form and recent talent contract agreement third payment.

**ORDERED:** **Final lists of witnesses (order of proof) and exhibits, combined list of witnesses alphabetical, proposed jury instructions and voir dire are to be submitted directly to chambers in paper form by 4:00 p.m.  April 4, 20011.**

**3:05 p.m.** **Court in recess.**

Hearing concluded.  Total time: 40 min.