IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00602-RPM

MICHELLE BAKER,

    Plaintiff,

v.

NE COLORADO CELLULAR, INC.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED: April 8th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge